JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANITA JONES and DEVIN THOMPSON,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-05818 GW (MAAx)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The joint stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

DATED: June 20, 2019.

BY: /s/ George H. Wu
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE